UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARQUEZ DOMINIQUE SWILLEY,

    Petitioner,

                                    Case No. 1:19-cv-367

v.

                                    HONORABLE PAUL L. MALONEY

SHANE JACKSON,

    Respondent.

_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated:  June 18, 2020                                               /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                 United States District Judge